No. 02–8314. VONBORSTEL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–8318. CHIPP *v.* CROSBY, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8320. DEHONEY *v.* MONTGOMERY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8335. ELRAWI *v.* CALIFORNIA. Sup. Ct. Cal. Certio-rari denied.

No. 02–8350. WEAVER *v.* TEXAS. Ct. Crim. App. Tex. Cer-tiorari denied.

No. 02–8352. WILLIS *v.* COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8353. WILLIAMS *v.* THOMPSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8354. WILSON *v.* BECK ET AL. C. A. 11th Cir. Certio-rari denied.

No. 02–8355. WITHEROW *v.* MELIGAN, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 02–8358. SIMPSON ET AL. *v.* IDAHO. Ct. App. Idaho. Cer-tiorari denied.

No. 02–8360. MARSHALL *v.* HENDRICKS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8361. CLAY *v.* COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8362. WHITSON *v.* MARRIOTT PAVILION HOTEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–8366. PAGAN *v.* GOORD, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.